

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
v.                             :
                               :
SAM STALLINGS                  :     CRIMINAL NO. 09-368

## ORDER

AND NOW, this 23rd day of February, 2010, it is ORDERED that the Defendant's Motion to Suppress Physical Evidence (Doc. #19) is DENIED, as set forth at a hearing held in open court on January 22, 2010.

IT IS SO ORDERED:

_____
Paul S. Diamond, Judge